**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAKISHA BROOKS, | Case No.: 2:26-cv-01449-APG-MDC |
| Plaintiff | **Order Granting Motion to Dismiss** |
| v. | [ECF No. 6] |
| KEOLIS TRANSIT AMERICA INC., | |
| Defendant | |

I ORDER that plaintiff Takisha Brooks' motion to dismiss her case without prejudice (ECF No. 6) is GRANTED.  The clerk of court is instructed to close this case.

DATED this 1st day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE